IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KIMBERLY DANIEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 121-040 |
| | ) | |
| HOMER BRYSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The June 15, 2022 Revised Scheduling Order directed the parties to file a second Joint Status Report by August 5, 2022, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 45.) The deadline for the parties to file the Joint Status Report as set forth in the Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the June 15th Order on or before Tuesday, August 16, 2022.[1]

SO ORDERED this 9th day of August, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.