AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY DANIEL and STEVEE ROBINSON,
Individually and on behalf of the Estate of Stephen Gerard Daniel,

    Plaintiff's,

v.

HOMER BRYSON, STAN SHEPARD, RANDY BROWN, TIMOTHY YOUNG, and MARY ALSTON,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-040

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 16, 2023, Defendants' motion for summary judgment is granted. Judgment is hereby entered in favor of Defendants Homer Bryson, Stan Shepard, Randy Brown, and Mary Alston, and this civil action stands closed.



August 16, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020