IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KIMBERLY DANIEL,   )
   )
   Plaintiff- Appellant,   )
   )   CASE NO.   1:21-cv-40
v.   )
   )   Appeal No. 23-13135-A
STEVEE ROBINSON,   )
   )
   )
   Defendant - Appellee.   )

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___14th___ day of DECEMBER, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA